(November 10, 1955.)

In the Matter of the Estate of Maria Di Muro, Deceased. Jerry Patierno, as Administrator of the Estate of Maria Di Muro, Deceased, Respondent; Helen Patierno, Appellant.—

Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.